PROB 12A
(12/20)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Bladimir Rigo                                                         Cr.: 21-00035-001
                                                                                        PACTS #: 312070

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT W. SWEET
                                        UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:      THE HONORABLE KEVIN MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/30/2015

Original Offense:   Conspiracy to Commit Health Care Fraud, 18 U.S.C. § 1349
                    Conspiracy to Commit Certain Adulteration Offenses and the Unlawful Wholesale
                    Distribution of Prescription Drugs. 18 U.S.C. § 371

Original Sentence: 38 months imprisonment, 36 months supervised release

Special Conditions: Financial Disclosure, No New Debt/Credit, Search/Seizure, Special Assessment, $2,900,000 in Restitution

Type of Supervision: Supervised Release                        Date Supervision Commenced: 04/27/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to Satisfy Restitution |

U.S. Probation Officer Action:

Throughout his term of supervised release, Rigo has paid $2,638.15 towards his restitution. His supervision is due to expire on April 26, 2021, with an outstanding restitution balance of $2,897,361.85. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

...

Prob 12A – page 2
Bladimir Rigo

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

PREPARED BY:

*Kelly A. Maciel*               *03/17/2021*
KELLY A. MACIEL                 Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]   Allow Supervision to Expire as Scheduled on April 26, 2021 (as recommended by the Probation Office)

[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other

/s/ Kevin McNulty
Signature of Judicial Officer

3/17/2021
Date